941 A.2d 1262

**Lisa HUNT, Individually And On Behalf Of All Others Similarly Situated, Respondent,**

v.

**BAYER CORPORATION and Bayer AG, and Crompton Corporation and Uniroyal Chemical Company, Inc., and BASF AG, Petitioners.**

Supreme Court of Pennsylvania.

Feb. 7, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 7th day of February, 2008, the Emergency Application for Extraordinary Relief Invoking this Honorable Court's King's Bench Powers and Requesting a Stay of Proceedings and the Application for Leave to File a Response to the Brief in Opposition to Defendant's King's Bench Petition are **DISMISSED AS MOOT** due to the discontinuance of the action filed at No. 1038 February Term 2005 in the Court of Common Pleas of Philadelphia County.